UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KENNETH W. CAMP, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) No. 1:13-CV-00176 |
| V. | ) |
| | ) Judge Steger |
| BI-LO, LLC | ) |
| | ) |
|    Defendant. | ) |

## STIPULATION OF DISMISSAL

Plainiff Kenneth W. Camp and Defendant Bi-Lo, LLC hereby advise the Court that this matter was submitted to mediation and has been resolved. The parties accordingly stipulate to the dismissal of this case with prejudice and with each party bearing its own costs and attorney fees.

This the 27th day of February, 2017.

                                      Respectfully Submitted,

                                      Law Office of Stephen S. Duggins

                                      By: /s/Stephen S. Duggins_____
                                          (Stephen S. Duggins, BPR #13222)
                                      7446 Shallowford Road, Suite 202
                                      Chattanooga, TN 37421
                                      423/899-3025 (o)
                                      Counsel for Plaintiff

                                      Jackson Lewis, LLC

                                      By: /s/Thomas A. Davis_____
                                          (Thomas A. Davis)
                                      Jackson Lewis, LLC
                                      800 Shades Creek Parkway, Ste. 870
                                      Birmingham, AL 35209
                                      205/332-3101 (o)
                                      Counsel for Defendant